**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00071-CV**
_____

**WHITNEY SHUNTRELLE DECUIR, Appellant**

**V.**

**VANDERBILT MORTGAGE AND FINANCE, INC., Appellee**

On Appeal from the County Court at Law No. 2
Liberty County, Texas
Trial Cause No. 24CC-CV-00053

**MEMORANDUM OPINION**

On March 6, 2025, Whitney Shuntrelle DeCuir filed a notice of appeal from a judgment that the trial court signed on December 20, 2025. We notified the parties that it appeared the notice of appeal had been filed outside the time for which an extension of time may be granted for filing a notice of appeal. *See* Tex. R. App. P. 26.1; 26.3. We notified the parties that any party desiring to continue the appeal must file a written response with the Court by Monday, April 14, 2028, or the appeal would be dismissed. *See id.* 42.3.

1

The appellant failed to respond to a notice from the clerk requiring a response within a specified time. *See id*. 42.3(c). We dismiss the appeal. *See id*. 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on May 14, 2025
Opinion Delivered May 15, 2025

Before Golemon, C.J., Wright and Chambers, JJ.